(V. D. 32)

ABERCROMBIE & FITCH CO. ET AL. v. UNITED STATES

Entry Nos. 747204; 790103.

(Decided September 19, 1956)

*Tompkins & Tompkins* (*Allerton deC. Tompkins* of counsel) for the plaintiffs.
*George Cochran Doub*, Assistant Attorney General, for the defendant.

WILSON, Judge: These matters are presently before me on remands from classification proceedings decided by the first division of this court in *Abercrombie & Fitch Co.* v. *United States*, 34 Cust. Ct. 249, Abstract 58648; *Getz Bros. Co., Inc.* v. *United States*, 33 Cust. Ct. 472, Abstract 58615. The judgments entered therein stated: "* * * that the matter be remanded to a single judge in reappraisement pursuant to the provisions of Title 28 U. S. C. § 2636 (d)."

The matters have been submitted for decision upon an agreed statement of facts entered into by and between counsel for the respective parties hereto.

Upon the agreed facts, I find the foreign value, as that value is defined in section 402 (c) of the Tariff Act of 1930, as amended by section 8 of the Customs Administrative Act of 1938 (19 U..S. C. § 1402 (c)), to be the proper basis for determining the values of the involved merchandise and that such values were as follows, net packed:

| Protest | Entry | Merchandise | Price—each |
|---|---|---|---|
| 229560–K/17485–[53] | 747204 | 113 pcs. binoculars 8 x 30 with leather cases: | |
| | | binoculars | 68. (*) German marks |
| | | leather cases | 8.25 (*) German marks |

(*) less 2% cash discount, and plus 4% tax.

| | | | |
|---|---|---|---|
| 228370–K/15083–[53] | 790103 | 100 pcs. prismatic binoculars with pigskin cases: | |
| | | binoculars | $12.75 U. S. |
| | | pigskin cases | $1.25 U. S. |
| | | 25 pcs. prismatic binoculars with cowhide cases: | |
| | | binoculars | $12.75 U. S. |
| | | cowhide cases | $1.50 U. S. |

I further find such values to be the dutiable values of said merchandise.

Judgment will be entered accordingly.